**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**PATRICIA SHINN, of Yvonne Shinn,**

      **Plaintiff,**

**-vs-**        **Case No. 6:02-cv-668-Orl-31DAB**

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**
_____

## ORDER

This cause comes before the Court on Plaintiff's Motion for Attorney Fees (Doc. No. 33) filed July 28, 2005.

On August 12, 2005, the United States Magistrate Judge issued a report (Doc. No. 36) recommending that the motion be granted in part. No objections have been filed. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. That the Plaintiff's Motion for Attorney Fees is GRANTED in part. The Plaintiff is entitled to attorney fees in the amount of $9,142.27.00.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 29th day of August, 2005.

Copies furnished to:

Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE